Name: John C Hom
Address: 42 Oak Crest Drive
San Rafael, CA 94903
Phone Number: 415-420-8182
E-mail Address: JohnHomJCHA@msn.com
Pro Se

**FILED**
JUL 28 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 17-2545 WHA

John C Hom and John C Hom & Associates, Inc

    Plaintiff,

vs.

United States

    Defendant.

Case Number: Case Case No. 3:17-cv-2545-WHA

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge William Alsup

As the (*Plaintiff/Defendant*) John C Hom in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 7/28/17

Signature: /s/ John C Hom

Name: John C Hom
Address: 42 Oak Crest Drive
San Rafael, CA 94903
Phone Number: 415-420-2182
E-mail Address: JohnHomJCHA@msn.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John C Hom, John C Hom & Associates, Inc <br><br> Plaintiff, <br><br> vs. <br> United States <br><br><br> Defendant. | Case Number: No. 3:17-cv-2545-WHA <br><br> [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING <br><br> DATE: <br> TIME: <br> COURTROOM: <br> JUDGE: |

RECEIVED JUL 28 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: July 31, 2017.

_____
United States District/Magistrate Judge