IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN C. HOM, JOHN C. HOM & ASSOCIATES, INC.,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 17-02525 WHA

**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**

The hearing on defendant United State's motion to dismiss, and the case management conference in this action are **HEREBY CONTINUED TO SEPTEMBER 21**.

**IT IS SO ORDERED.**

Dated: August 10, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE